UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/22
```

Intelsat Global Sales & Marketing Ltd.,

               Plaintiff,

–v–

Supernet Limited,

               Defendant.

21-cv-2486 (AJN) (SDA)

ORDER

ALISON J. NATHAN, District Judge:

    On November 8, 2021, the Court referred Plaintiff's motion for default judgment against Defendant to Magistrate Judge Stewart D. Aaron. Dkt. No. 22. On December 27, 2021, Judge Aaron filed a Report & Recommendation recommending that the Court grant Plaintiff's motion for default judgment against Defendant. Dkt. No. 23.

    When considering the findings and recommendations of a Magistrate Judge, the Court may "accept, reject, or modify [them], in whole or in part." 28 U.S.C. § 636(b)(1). The Court must make a *de novo* determination of any portions of a magistrate's report or findings to which a party raises an objection, and reviews only for "clear error on the face of the record" when there are no timely objections to the Report & Recommendation. *Banks v. Comm'r of Soc. Sec.*, No. 19-cv-929 (AJN) (SDA), 2020 WL 2765686, at *1 (S.D.N.Y. May 27, 2020); *see also Brennan v. Colvin*, No. 13-cv-6338 (AJN), 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015); *Hicks v. Ercole*, No. 09-cv-2531 (AJN) (MHD), 2015 WL 1266800, at *1 (S.D.N.Y. Mar. 18, 2015); *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009). Clear error is found only when, upon review of the entire record, the Court is left with "the definite and firm

conviction that a mistake has been committed." *Laster v. Mancini*, No. 07-cv-8265 (DAB) (MHD), 2013 WL 5405468, at *2 (S.D.N.Y. Sept. 25, 2013) (quoting *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006)).

As of this date, no objection to the Report & Recommendation has been filed, and the deadline for objections has passed. Thus, the Court reviews the Report & Recommendation for clear error, and it finds none.

The Court therefore adopts the Report & Recommendation in its entirety and GRANTS Plaintiff's motion for default judgment against Defendant. The Court orders that judgment be entered in favor of Plaintiff and against Defendant in the amount of:

1. $10,832,090.00, consisting of the outstanding amount of $1,567,199.68 and the termination fee of $9,264,890.32;

2. Late payment interest of $1,241,062.51 owed as of July 12, 2021; and

3. $162,481.35 owed on the first day of each month of nonpayment starting August 1, 2021, until the date of the entry of judgment, which represents 1.5% of the total unpaid principal amount.

This resolves docket number 16. The Clerk of Court is respectfully directed to enter judgment in accordance with the Report & Recommendation and close this case.

SO ORDERED.

Dated: February 28, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge