UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Intelsat Global Sales & Marketing Ltd.,

                Plaintiff,                        21 **CIVIL** 2486 (AJN)(SDA)

        -against-                        **DEFAULT JUDGMENT**

Supernet Limited,

                Defendant.

-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2022, the Report & Recommendation is adopted in its entirety and Plaintiff's motion for default judgment is GRANTED against Defendant. Judgment is entered in favor of Plaintiff and against Defendant in the amount of:

    1. $10,832,090.00, consisting of the outstanding amount of $1,567,199.68 and the termination fee of $9,264,890.32;

    2. Late payment interest of $1,241,062.51 owed as of July 12, 2021; and

    3. $162,481.35 owed on the first day of each month of nonpayment starting August 1, 2021, until the date of the entry of judgment, which represents 1.5% of the total unpaid principal amount, in the amount of $1,137,369.45; accordingly, the case is closed.

**Dated:** New York, New York
        March 1, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                    **BY:**     *K. Mango*

                                                **Deputy Clerk**